# SERVICE.

**HALE** *against* **M'LAUGHLIN.** *Orange*, 1816.

A writ will not abate, served by a deputy sheriff, where the sheriff had been committed to Jail, was released from his confinement, had procured a certificate from a Judge of the County Court of his discharge, and the same recorded according to law, and had obtained the keys from the high bailiff; though the certificate had not been *delivered* to the high bailiff.

See Abatement 2, 9.    Pauper Cases 6, 10.    Poor Debtor 1.